U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUN 29 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 5:99CR50046-02 |
| vs. | JUDGE: DONALD E. WALTER |
| STACEY JONES | MAG. JUDGE: MARK HORNSBY |

* * * *

**ORDER**

Because of the recent revision to the base offense levels for crack cocaine, Section 2D1.1 of the United States Sentencing Guidelines, this matter has been considered for re-calculation of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The United States Probation Office reviewed and issued on February 14, 2008, to the Office of the Federal Public Defender and the United States Attorney's Office an assessment of a re-calculation of the Defendant's range of imprisonment and noted that Defendant was a career offender and not eligible for a reduction. A sentencing memorandum and objections were filed on behalf of Defendant on March 31, 2008, and the Government responded thereto on June 18, 2008.

Having reviewed the Probation Office's re-calculation of the applicable Guideline range of imprisonment and the record in this matter, including the Pre-Sentence Report, the Defendant's Sentencing Memorandum and Objections to the recalculation and the Government's Sentencing Memorandum, the Court finds that the defendant is subject to no reduction.

**THUS DONE and SIGNED** on this 29 day of June, 2008, in Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE